U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 15 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LARRY AND ETHEL ARMSTRONG | CIVIL ACTION NO. 04-2002-A |
| -vs- | JUDGE DRELL |
| HERCULES INCORPORATED; MILLER TRANSPORTERS, INC. AND JOHN DOE (DRIVER FOR MILLER TRANSPORTER'S INC.) | MAGISTRATE JUDGE KIRK |

## JUDGMENT

After reviewing the record, including Plaintiffs' objections to the Report and Recommendation of the Magistrate Judge previously filed herein, and in concurring with the Magistrate's conclusion that there are genuine issues of material fact as to whether Defendants Miller and Andrews were negligent or otherwise legally responsible to Plaintiffs,

IT IS ORDERED that Defendants' Motion for Summary Judgment (Doc. 44) is DENIED.

SIGNED on this ___ day of May, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE