U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 1 5 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| LARRY AND ETHEL ARMSTRONG | CIVIL ACTION NO. 04-2002-A |
|---|---|
| -vs- | JUDGE DRELL |
| HERCULES INCORPORATED; MILLER TRANSPORTERS, INC. AND JOHN DOE (DRIVER FOR MILLER TRANSPORTER'S INC.) | MAGISTRATE JUDGE KIRK |

## JUDGMENT

After reviewing the record, including Plaintiffs' objections to the Report and Recommendation of the Magistrate Judge previously filed herein, we adopt the Magistrate's conclusion that there are no genuine issues of material fact as to whether Hercules was negligent or otherwise responsible to Plaintiffs and that Hercules is entitled to judgment as a matter of law. However, we make no finding of fact as to how the polymer on which Mr. Armstrong allegedly slipped came to be on the floor in the "stock chest room." As reflected in the Magistrate's Report and Recommendation, we conclude that Hercules did not owe Mr. Armstrong a duty, legal or contractual. Therefore, because no duty was owed, Hercules is not liable for acting negligently.

IT IS ORDERED that Defendant Hercules Incorporated's Motion for Summary Judgment (Doc. 40) is GRANTED and Plaintiffs' claims against Hercules Incorporated are dismissed with prejudice.

SIGNED on this 15th day of May, 2006, at Alexandria, Louisiana.

_____
DEE D. DRELL
UNITED STATES DISTRICT JUDGE